IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRANCE L. EDMONDS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 06-144 Erie |
| ) | |
| SUPERINTENDENT RAYMOND ) | |
| SOBINA, et al., ) | |
| Defendants. ) | |

**MEMORANDUM ORDER**

Plaintiff's civil rights complaint was received by the Clerk of Court on June 29, 2006 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's report and recommendation, orally entered on the record on March 29, 2007 during a telephonic conference, recommended that Plaintiff's motion for a preliminary injunction and/or temporary restraining order [23] be denied. The parties were allowed ten (10) days from the date of service to file objections. Plaintiff filed his objections, styled as a "Motion Opposing Magistrates Report and Recommendation" [29], on April 19, 2007.

After de novo review of the Complaint and the documents in the case, together with the Magistrate Judge's oral Report and Recommendation and Plaintiff's objections thereto, the following order is entered:

AND NOW, this 25th Day of May, 2007, IT IS HEREBY ORDERED that the Plaintiff's motion for a preliminary injunction and/or temporary restraining order [23] is DENIED.

The report and recommendation of Magistrate Judge Baxter orally entered on the record on March 29, 2007 [34] is adopted as the opinion of this Court.

                                                s/ Sean J. McLaughlin
                                                SEAN J. McLAUGHLIN
                                                United States District Judge

cm:    all parties of record
        U.S. Magistrate Judge Baxter