IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRANCE L. EDMONDS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 06-144 Erie |
| ) | |
| SUPERINTENDENT RAYMOND ) | |
| SOBINA, et al., ) | |
| Defendants. ) | |

**MEMORANDUM JUDGMENT ORDER**

Plaintiff's civil rights complaint was received by the Clerk of Court on June 29, 2006 and was referred to Chief United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Chief Magistrate Judge's Report and Recommendation, filed on December 17, 2007 [46], recommends that Defendants' Motion for Summary Judgment [38] be granted. Plaintiff's objections [48] were filed on January 28, 2008.

After de novo review of the Complaint and the documents in the case, together with the Report and Recommendation and Plaintiff's objections thereto, the following order is entered:

AND NOW, this 1st Day of February, 2008, IT IS ORDERED that the Defendants' motion for summary judgment [38] be and hereby is GRANTED. JUDGMENT is hereby entered in favor of Defendants and against Plaintiff, Terrance L. Edmonds.

The Report and Recommendation filed by Chief United States Magistrate Judge Baxter filed on December 17, 2007 [46] is adopted as the opinion of this Court.

                                                s/ Sean J. McLaughlin
                                                SEAN J. McLAUGHLIN
                                                United States District Judge

cm:    all parties of record
         Chief U.S. Magistrate Judge Susan Paradise Baxter